IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DAVID EDMOND PEDIGO                                                                                   PLAINTIFF

v.                                         Case No. 4:23-cv-4115

CORRECTIONAL OFFICER LEMAN, *et al*.                                               DEFENDANTS

## ORDER

    Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 41. Judge Bryant recommends that Defendants' Motion to Dismiss (ECF No. 35) be granted and that Plaintiff's Amended Complaint (ECF No. 13) be dismissed without prejudice.

    No party has objected to the R&R, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Bryant's reasoning is sound, the Court adopts the R&R (ECF No. 41) in toto. Defendants' Motion to Dismiss (ECF No. 35) hereby is **GRANTED**. Plaintiff's Amended Complaint (ECF No. 13) hereby is **DISMISSED WITHOUT PREJUDICE**.

    **IT IS SO ORDERED**, this 3rd day of January, 2025.

                                                              /s/ Susan O. Hickey
                                                              Susan O. Hickey
                                                              Chief United States District Judge